FILED
CLERK, U.S. DISTRICT COURT

APR 2 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11   PETER ROLFE DILLON GREEN,          )   Case No. 08-2601 CJC (AN)
                                        )
12              Petitioner,             )   JUDGMENT
                                        )
13        v.                            )
                                        )
14   MATTHEW M. MARTEL, warden,         )
                                        )
15              Respondent.             )
                                        )
16   _____)

17

18        IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without

19   prejudice for the reasons stated in the related memorandum and order.

20

21

22   DATED: _April 29_, 2008            _____
                                               CORMAC J. CARNEY
23                                      UNITED STATES DISTRICT JUDGE

24

25

26

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

27

28

Dockets.Justia.com